J S - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| REAHDEEN ROBERTSON, | ) | NO. CV 20-9064-JLS(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| RAYBON C. JOHNSON (Warden), | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed

with prejudice.

DATED: March 22, 2021

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE